# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Rentokil-Initial Pension Scheme v. Citigroup Inc.  **Docket No.:** 14-2545

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Eric Alan Isaacson

**Firm:** Robbins Geller Rudman & Dowd LLP

**Address:** 655 West Broadway, Suite 1900, San Diego, CA 92101

**Telephone:** 619-231-1058    **Fax:** 619-231-7423

**E-mail:** erici@rgrdlaw.com

**Appearance for:** Appellant Rentokil-Initial Pension Scheme, Individually and on Behalf of All Others Similarly Situated
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Samuel H. Rudman, Robbins Geller Rudman & Dowd LLP)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____)
(name/firm)

[ ] Additional counsel (co-counsel with: _____)
(name/firm)

[ ] Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 23, 2014    OR

[ ] I applied for admission on _____.

**Signature of Counsel:** s/ Eric Alan Isaacson

**Type or Print Name:** Eric Alan Isaacson