# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Rentokil-Initial Pension Scheme v. Citigroup Inc.   **Docket No.:** 14-2545

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Amanda M. Frame

**Firm:** Robbins Geller Rudman & Dowd LLP

**Address:** Post Montgomery Center, One Montgomery St., Ste. 1800, San Francisco, CA 94104

**Telephone:** (415) 288-4545   **Fax:** (415) 288-4534

**E-mail:** aframe@rgrdlaw.com

**Appearance for:** Appellant Rentokil-Initial Pension Scheme, Individually and on Behalf of All Others Similarly Situated
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Eric Alan Isaacson/Robbins Geller Rudman & Dowd LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 30, 2010   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** s/ Amanda M. Frame

**Type or Print Name:** Amanda M. Frame